**Opinion filed October 21, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00228-CV

_____

## MIN RONG ZHENG AND FA WU MA, Appellants

## V.

## BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C., Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-120,041**

### M E M O R A N D U M   O P I N I O N

Min Rong Zheng and Fa Wu Ma's motion for extension of time in which to file a notice of appeal was overruled on September 30, 2010. Bridgestone Firestone North American Tire, L.L.C. has now filed in this court a motion to dismiss. The motion is granted, and the appeal is dismissed.

October 21, 2010                                    PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.